# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:10cr03

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> DONNIE LEE GRIFFIN. ) <br> ) | PRELIMINARY ORDER <br> OF FORFEITURE |

**THIS MATTER** is before the Court on the Government's Motion to Amend Preliminary Order of Forfeiture [Doc. 33].

For the reasons stated in the motion and the Court finding that the Government incorrectly named an asset due to administrative error, the asset listed in the Preliminary Order of Forfeiture [Doc. 17] as Asset Number 37 is hereby amended to read "$10,136.00 in United States Currency."

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Amend Preliminary Order of Forfeiture [Doc. 33] is hereby **GRANTED** and Asset Number 37 of the Preliminary Order of Forfeiture [Doc. 17] is $10,136.00 in United States Currency.

Signed: August 2, 2012

Martin Reidinger
United States District Judge